UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

BRYANT ESPINOZA AGUILAR,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

20-MJ-0458

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Erin Reid , for an order unsealing the complaint and arrest warrant in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:  Brooklyn, New York
         July 6, 2020

**James Orenstein**
Digitally signed by James Orenstein
Date: 2020.07.06 14:08:26 -04'00'

HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK